IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRYL MAURICE YOUNG,

    Plaintiff,

vs.                                    CASE NO. 4:09cv72/RS-WCS

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 32) and Plaintiff's Objection (Doc. 38). I have considered Plaintiff's objection *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion For Preliminary Injunction (Doc. 1) and Plaintiff's Motion For Preliminary Injunction (Doc. 11) are denied.

3. This case is remanded to the Magistrate Judge for further proceedings and for review of Plaintiff's Third Amended Complaint when it is filed.

**ORDERED** on June 26, 2009.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**