**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DARRYL MAURICE YOUNG,

        Plaintiff,

vs.                                  CASE NO. 4:09cv72/RS-WCS

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

        Defendant.

_____/

## <u>ORDER</u>

Before me are the Magistrate Judge's Report and Recommendation (Doc. 49) and Plaintiff's Objections (Doc. 50). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2.     Plaintiff's Third Amended Complaint (Doc. 35) is dismissed pursuant to 28 U.S.C. §1915(e)(2).

3.     The clerk of the court is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

4.     The clerk is directed to close the file.


**ORDERED** on August 28, 2009.


                    /S/ Richard Smoak_____
                    **RICHARD SMOAK
                    UNITED STATES DISTRICT JUDGE**